**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | |
| **SIMON SOP** : | **BK. No. 16-12864 MDC** |
| Debtor : | |
| : | **Chapter No. 13** |
| **FREEDOM MORTGAGE CORPORATION** : | |
| Movant : | |
| v. : | |
| **SIMON SOP** : | |
| Respondent : | |
| : | |

## PRAECIPE TO WITHDRAW THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES, filed on September 12, 2018.

      Respectfully submitted,

      /s/ Mario J. Hanyon, Esquire
      Mario J. Hanyon, Esq., Id. No.203993
      Phelan Hallinan Diamond & Jones, LLP
      1617 JFK Boulevard, Suite 1400
      One Penn Center Plaza
      Philadelphia, PA 19103
      Phone Number: 215-563-7000 Ext 31340
      Fax Number: 215-568-7616
      Email: mario.hanyon@phelanhallinan.com

May 7, 2019

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>**SIMON SOP** | : | BK. No. 16-12864 MDC |
| Debtor | : | Chapter No. 13 |
| | : | |
| **FREEDOM MORTGAGE CORPORATION** | : | |
| Movant | : | |
| v. | : | |
| **SIMON SOP** | : | |
| Respondent | : | |
| | : | |

**CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW
THE NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES on the parties at the addresses shown below or on the attached list on May 7, 2019.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

SIMON SOP
228 BARTLETT AVE.
SHARON HILL, PA 19079

MICHAEL A. LATZES, ESQUIRE
1528 WALNUT STREET, STE 700
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

May 7, 2019