United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-12864-mdc
Simon Sop                                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jul 02, 2019
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
13779581       +Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
        ALEXANDRA T. GARCIA   on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        ANN E. SWARTZ    on behalf of Creditor   Pingora Loan Servicing, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@mwc-law.com
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
         cbrennan@klehr.com,   swenitsky@klehr.com
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        KEVIN G. MCDONALD    on behalf of Defendant    Freedom Mortgage Corp. bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
        Lois M. Vitti    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION loismvitti@vittilaw.com,
         nicole@vittilaw.com
        MARIO J. HANYON    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
        MICHAEL A. LATZES    on behalf of Debtor Simon  Sop efiling@mlatzes-law.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-12864-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Simon Sop
228 Bartlett Ave.
Sharon Hill PA 19079

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/01/2019.

Name and Address of Alleged Transferor(s):

Claim No. 8: Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN  46037

Name and Address of Transferee:

FLAGSTAR BANK, FSB as Servicer for
Aurora Financial Group, Inc.
P.O. Box 660263
Dallas, TX 75299-0263

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/04/19

Tim McGrath
**CLERK OF THE COURT**