IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| SIMON SOP | Chapter 13 |
| Debtor | Case No. 16-12864 (MDC) |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM NO. 2**

TO THE CLERK:

Kindly withdraw Claim No. 2, filed on behalf of Franklin Mint Federal Credit Union in the above-referenced matter.

Dated: May 22, 2020

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By: */s/Robert J. Crawley*
Corinne Samler Brennan, Esquire
Robert J. Crawley, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2498

*Counsel to Franklin Mint Federal Credit Union*