UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                             **CASE NO.: 16-12864-mdc**
**CHAPTER 13**

**Simon Sop,**
    **Debtor.**

_____/

### **REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

                                          RAS Citron, LLC
                                          Authorized Agent for Secured Creditor
                                          130 Clinton Road, Suite 202,
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112

                                   By: /s/Charles Wohlrab
                                          Charles Wohlrab, Esq.
                                          Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SIMON SOP
228 BARTLETT AVE.
SHARON HILL, PA 19079

And via electronic mail to:

MICHAEL A. LATZES
LAW OFFICES OF MICHAEL A. LATZES
1528 WALNUT STREET
SUITE 700
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/Michael Pezzuto
Michael Pezzuto
Email: mpezzuto@rasflaw.com