UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|    Simon Sop | : |
|       Debtor | : |
| | : |
| | : NO. 16-12864 MDC |
| | : |
| New Rez LLC d/b/a Shellpoint | : |
| Mortgage Servicing | : HEARING: 4-27-21 |
|    Movant | : TIME: 10:30 a.m. |
|       v. | : COURTROOM: Telephone |
| | : |
| Simon Sop | : |
|    Respondent/Debtor | : |
| William C. Miller, Esquire | : |
|    Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing DEBTOR'S ANSWER TO NEW REZ, LLC, D/B/A SHELL POINT MORTGAGE SERVICING'S MOTION FOR RELIEF was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on April 14, 2021, to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Charles G. Wohlrab, Esquire
Robertson, Anschutz, Schneid & Crane
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

Simon Sop
228 Bartlett Ave.
Sharon Hill, PA 19079


  4-14-21
Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor