United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Simon Sop  
    Debtor

Case No. 16-12864-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 16, 2021      Form ID: 138NEW      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Simon Sop, 228 Bartlett Ave., Sharon Hill, PA 19079-1304 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Wells Fargo Bank, n.a., Wells Fargo Bank, N.A. - SBL, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14234231 | + | Aurora Financial Group, Inc, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13714577 | | Bank of America, P.O. BOX 15026, Attn: Bankruptcy Dept., Wilmington, DE 19850-5026 |
| 13714578 | + | Blue Grass Plaza Assoc., c/o Realty Resource Capital Corp., 7600 Jericho Turnpike, Suite 402, Attn: Bankruptcy Dept., Woodbury, NY 11797-1705 |
| 13714579 | + | Borough of Sharon Hill, Donna Mulhern, 202 Brainerd Blvd., Sharon Hill, PA 19079-2124 |
| 13714581 | + | Cenlar, P.O. BOX 77404, Attn: Bankruptcy Dept., Trenton, NJ 08628-6404 |
| 13714586 | + | F.N.C.B., 102 E. Drinker Street, Attn: Bankruptcy Dept., Dunmore, PA 18512-2432 |
| 14351623 | + | FLAGSTAR BANK, FSB as Servicer for, Aurora Financial Group, Inc., P.O. Box 660263, Dallas, TX 75266-0263 |
| 13714587 | + | First Data Global Leasing, 4000 Coral Ridge Drive, Attn: Bankruptcy Dept., Pompano Beach, FL 33065-7614 |
| 13721780 | + | Franklin Mint Federal Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |
| 14505195 | + | Franklin Mint Federal Credit Union, c/o Robert J. Crawley, Esquire, KLEHR HARRISON HARVEY BRANZBURG LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14243186 | + | Freedom Mortgage, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13714589 | | Freedom Mortgage, P.O. BOX 619063, Attn: Bankruptcy Dept., Dallas, TX 75261-9063 |
| 14294005 | + | Freedom Mortgage Corporation, Maria Tsagaris, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road Roswell, GA 30076-2102 |
| 13779574 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14342772 | + | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14552875 | + | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, c/o RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14506490 | | Newrez LLC D/B/A Shellpoint Mortgage Servicing, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14506600 | | Newrez LLC D/B/A Shellpoint Mortgage Servicing, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 13723128 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13792169 | + | Pingora Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 13714594 | + | PriceLine, 800 Connecticut Ave., Attn: Bankrutpcy Dept., Norwalk, CT 06854-1625 |
| 13714595 | | Republic Services, 372 S. Henderson Road, Attn: Bankruptcy Dept., King of Prussia, PA 19406-2408 |
| 13714596 | + | Total Merchant Services, 123 Exeter Court, Attn: Bankruptcy Dept., Piscataway, NJ 08854-2178 |
| 13714597 | + | Transnational, 9600 West Bryn Mawr Ave., 6th floor, Attn: Bankruptcy Dept., Des Plaines, IL 60018-5209 |
| 13714598 | + | Transworld Systems, Inc., P.O. BOX 17221, Attn: Bankruptcy Dept., Wilmington, DE 19850-7221 |
| 13714599 | + | USAA Credit Card Services, P.O. BOX 65020, Attn: Bankruptcy Dept., San Antonio, TX 78265-5020 |
| 13714600 | | Wells Fargo Bank, P.O. BOX 51193, Attn: Bankruptcy Dept., Los Angeles, CA 90051-5493 |
| 13743151 | + | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 13714601 | + | Wells Fargo Financial Pennsylvania, 4137 121st Street, Attn: Bankruptcy Dept., Urbandale, IA 50323-2310 |
| 13714602 | + | Wells Fargo Merchant Services, 540 Western Maryland Pkwy., Attn: Bankruptcy Dept., Hagerstown, MD 21740-5125 |
| 14057499 | + | Wells Fargo Payment Remittance Center, PO Box 51174, Los Angeles, CA 90051-5474 |
| 13764855 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 54 |

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Jun 16 2021 23:46:00 | WILLIAM C. MILLER, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13714580 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:30 | Capital One, P.O. BOX 85015, Attn: Bankruptcy Dept., Richmond, VA 23285-5015 |
| 13714585 | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | Department of Revenue, P.O. Box 1630, Attn: Bankruptcy Dept., Philadelphia, PA 19105-1630 |
| 13739121 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 23:49:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13714583 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:13 | CitiBank, 100 Citibank Drive, Attn: Bankruptcy Dept., San Antonio, TX 78245-3202 |
| 13714584 | + | Email/Text: documentfiling@lciinc.com | Jun 16 2021 23:43:00 | Comcast, 11400 Northeast Avenue, Attn: Bankruptcy Dept., Philadelphia, PA 19116-3498 |
| 13714588 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 16 2021 23:43:00 | Franklin Mint Federal Credit Union, 1974 Sproul Road, Suite 300, Attn: Bankruptcy Dept, Broomall, PA 19008 |
| 13726495 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 16 2021 23:43:00 | Franklin Mint Federal Credit Union, 1974 Sproul Road, Suite 300, Broomall, PA 19008 |
| 13714590 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:02 | Home Depot, P.O. Box 105980, Dept 51, Atlanta, GA 30348-5980 |
| 13714582 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:04 | Chase Freedom, P.O. BOX 15153, Attn: Bankruptcy Dept., Wilmington, DE 19886-5153 |
| 13714591 | | Email/Text: bankruptcies@libertymutual.com | Jun 16 2021 23:44:00 | Liberty Mutual, P.O. BOX 2051, Attn: Bankruptcy Dept., Keene, NH 03431-7051 |
| 13714592 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 16 2021 23:43:00 | PECO ENERGY, 2301 Market Street, Attn: Bankruptcy Dept., Philadelphia, PA 19103-1380 |
| 13793030 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2021 23:43:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 13714593 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2021 23:43:00 | PNC Bank, P.O. BOX 1397, Attn: Bankruptcy Dept., Pittsburgh, PA 15230-1397 |
| 13792878 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:49:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13786770 | + | Email/Text: bncmail@w-legal.com | Jun 16 2021 23:44:23 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14234232 | *+ | Aurora Financial Group, Inc, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

13779581    *+    Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALEXANDRA T. GARCIA | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@mwc-law.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com |
| KEVIN G. MCDONALD | on behalf of Creditor Aurora Financial Group Inc. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Defendant Freedom Mortgage Corp. bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com |
| Lois M. Vitti | on behalf of Creditor FREEDOM MORTGAGE CORPORATION loismvitti@vittilaw.com nicole@vittilaw.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com wbecf@brockandscott.com |
| MICHAEL A. LATZES | on behalf of Debtor Simon Sop efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Aurora Financial Group Inc. bkgroup@kmllawgroup.com |
| ROBERT J. CRAWLEY | on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Jun 16, 2021 Form ID: 138NEW Total Noticed: 54
TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Simon Sop

    Debtor(s)

Bankruptcy No: 16−12864−mdc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 6/16/21

89 − 88
Form 138_new