**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Simon Sop,**<br>　　　**Debtor**<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>　　　Movant<br>v.<br>**Simon Sop,**<br>　　　Debtor/Respondent<br>**WILLIAM C. MILLER, Esquire**<br>　　　Trustee/Respondent | **Bankruptcy No. 16-12864-mdc**<br><br>**Chapter 13**<br><br>**Document: 81**<br><br>**Hearing Date: July 27, 2021**<br>**Hearing Time: 10:30am**<br><br>**Location: Robert N.C. Nix Sr. Federal Courthouse**<br>**900 Market Street, Suite 201**<br>**Philadelphia, PA 19107** |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT**, on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Stay (Doc.: 81) filed April 1, 2021.**

　

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number 314532
Email: cwohlrab@raslg.com

19-14289-elf
19-365173
MFR